## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jerrold Eugene Dubose (pro se)

_____

Write the full name of each plaintiff.

**26 CV 1005**

(Include case number if one has been assigned)

-against-

City of New york
mAyor leroy Adams
Apple Inc. Snipes
fAmily Dollar 75th precinct
inter Alia

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

2026 FEB -4 PM 4: 26

RECEIVED
SDNY PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: The City of New York Mayor leroy Adams

First Name                              Last Name

EX MAyor

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2: Snipes Family Dollar

First Name                              Last Name

See Att -

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3: Apple Isc        25th precinct

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Page 4

Defendant 4: _____

    First Name              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City           State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ Brooklyn _____

Date(s) of occurrence: _____ October 2025 - December January 2026 _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See Attachment

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PTSD

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

one million US $ 100,000,000
Dollars or whatever the Honorable court deems just and fair

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 2-4-26 | _Jarno N Dubose_ |
| Dated | Plaintiff's Signature |
| Jerrold Eugene Dubose | |
| First Name     Middle Initial     Last Name | |
| Jerrold Eugene Dubose | |
| Street Address | |
| 437 Dewitt Ave Apt 202 Brooklyn Ny, 11207 | |
| County, City     State     Zip Code | |
| 914-629-8132 | lordrionobey@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Today's Date 1-28-26 (1)

Notice of claim
By Secured Party Creditor
UCC-4-214

Mr. Jerrold Eugene Dubose (SPC) (CR)

— AGAINST —

The City of New York INC
MAYOR ERIC LEROY ADAMS
Apple INC

Google INC

Family Dollar INC

Snipes INC

911 311 Netspend

75th precinct
Go 2 BANK
Including but not limited

TO

All subsidiaries
Beneficiaries
And subsidies
(inter Alia)

To whomever this may concern (2)

I, Jerrold Eugene Dubose, Secured party creditor, on behalf of DEBTOR JERROLD DUBOSE, Am filing this Affidavit seeking remedy And recourse for grievance committed by the defendants Above (in the

---

ON or About October 2025, I want to Snipes located At 520 Fulton Street Brooklyn New York 11201 to purchase clothing items. — I paid with my Netspend card... when I want to check the BALANCE ON my card, I came to the shocking revelation that I was charged twice for my purchase.

(3)

I spc went back to snipes with the reciept (which they have a copy of) and made a citizens complant... The manager/cashier refused to give me a refund for over charging me $300... I had the reciept plus my bank statement on my phone... The situation could've easily been escalated nevertheless, I decided to have law enforcement mediate the situation.— I don't know if there was a sale on jelly Donuts that day but nobody showed up for 2 hours... matter of fact I couldn't get no assistance whatsoever.— Flavor Flav ish. Therefore Im suing for Deceptive Business practices, emotional distress

Theft of service, Robbery, Fraud, undue harm (inter Alia)

(4)

1st called 911 and the Dispatcher failed to assist me causing Dereliction of Duty (inter Alia)

On or About 1-26-26, I spc went to Family Dollar located At 130 New lotts Avenue (cross street Junius street) Brooklyn N.y 11212 to purchase An Apple gift card worth $350 ~ I tried to pay with my Debit Card but I was Adamantly refused And ordered to pay cash. So, I gave the cashier $380 He gave me back $10 And put my money under the cash register Drawer.

Case 1:26-cv-01825-NRM-CHK   Document 1   Filed 02/05/26   Page 9 of 14 PageID #: 9

usually reserved for large bills ⑤
Afterwhich, I spc commenced
to the Dollar Tree up the block
And sent the card information
to my loved ones to catch a flight
To JFK international only to
find out (to my utter desmay)
that the male cashier with A
co-sign by the manager didn't
put the money on the card ᴬᵖᵖˡᵉʸ
(Accordens To Apple support
case # 1028-1359-9883 who flagged
the card transaction as fraudulent
And instructed I, spc, to seek
out law enforcement that had I spc
waitng in the cold for 2 hours,
while 3 patrol cars passed by I
spc with one cruiser telling me
somebodes coming in 11 degree
Temperature!

⑥

moreover, I called 911 4 times From 6pm til 8pm And decided to call it A night cause it was freezing and my hands and feet were popcicle sticks... No laughin matter. — I was instucted to take the matter up in Federal court on the grounds of Robbery, Theft by takens, undue enrichment, undue harm, duress (emotional and physical) Trama, Frostbite, Negligence, deceptive Business practices for I went to the 2 managers (DAY & NIGHT) The 1st manager (Night) told me to wait "24 hours" to redeem the Apple gift card — (Co-conspirator) the 2nd manager told me to walk up the block (no direction)

(9)

That A light skinned lAdy who is the mANAger wAs stAnding oN the corner (whAt corner?) (shouldn't she be At the Family Dollar overseeing A corrupt operAtion)(i.e. this isn't the 1st time family Dollar got flagged for theft ⌗ including but not limited to customer dissatisfaction plus the mAx fActor thAt FAmily Dollar outdAted store policy is to subject loyAl customers to pAy cash for gift cards that Are often defective And FrAudulent Used by skimmers And scammers, cAusing undue hArm by not Allowing customers to dispute the trANSAction on their Debit card.__(InterAliA)

⑧

IN other local EyewitNess News,
ON or About October 2025,
I, secured pArty creditor wAS
Subjected to drinking toilet
wAter After 24 hours with
Nothing to eAt Nor drink After
AN Arrest becAuse the sink
wAs broken & I, spc, had
Nothing to drink And wAS
Suffering from Dehydration.

I, spc, Am suing Apple Inc (Inter Alia)
for Selling defectue merchandise
And robbing ~~I spc~~ out of thousands
over A 5 yeAr period dating
bAck 2020 til present on
Defectue Apple Gift cards —
(Inter AliA)

IN SUMMATION I, Jerrold Eugene DuBose SP CRT on behalf of Debtor JERROLD DUBOSE© AM SUING THE STATE OF New YORK Snipes Family Dollar 5/1 Apple Inc 175 PRECINCT ITS subsidaries Beneficiaries, subjects And Subsidies for the sum certain Amount of 1 million DOLLARS $1,000,000 or whatever the magistrate seems just And fair in the eyes of the law.

Affiant deems this Action A remedy for ~~█~~ unfair grievances. AB INITIO NUNC PRO TUNC IN strict Adherence with uniform Commercial Code 4-214 Affiant further saith naught THANK you much